THOMAS WATTS, as Receiver, etc., Respondent, *v.* HORATIO R. WILCOX et al., Appellants.

(Argued May 23, 1892; decided June 7, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 8, 1892, which affirmed an order of Special Term denying a motion to vacate an order requiring certain of the defendants to be examined before trial.

*Henry Bacon* for appellants.

*W. F. O'Neill* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

DAVID McCOSKER et al., Respondents, *v.* EMANUEL SMITH, Appellant.

(Argued May 23, 1892; decided June 7, 1892.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 3, 1891, which affirmed an order of Special Term denying a motion to set aside and strike out the amended complaint herein.

*Clark L. Jordan* for appellant.

*Harward Dudley* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.